JOHN P. HALE, JR., Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Hale* v. *City of New York,* 93 App. Div. 613, affirmed.
(Argued June 6, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 25, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Edward W. S. Johnston* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *Arthur Sweeny* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

FLORENCE O. DENNIS-WICKERS, Respondent, *v.* THE VILLAGE OF ELMIRA HEIGHTS, Appellant.

*Dennis-Wickers* v. *Village of Elmira Heights,* 88 App. Div. 617, affirmed.
(Argued June 7, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*George McCann* for appellant.

*Judson A. Gibson* for respondent.

Judgment affirmed, with costs, on opinion in *Dennis* v. *Village of Elmira Heights* (59 App. Div. 404).
Concur: GRAY, BARTLETT, HAIGHT and VANN, JJ. Dissenting: CULLEN, Ch. J., O'BRIEN and WERNER, JJ.